FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL ALLEN BUDD,<br><br>        Defendant. | No.   1:17-cr-02033-SAB<br><br>ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |

Before the Court is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography, ECF No. 25. Defendant is represented by Jeffery Dahlberg. The United States is represented by Scott Jones.

The parties stipulate to procedures to comply with 18 U.S.C. § 3509(m) that will allow Defendant opportunity to effectively prepare his defense in this case while serving the Government's interest in protecting against further dissemination of child pornography contraband that would be harmful to the victims. The Court finds good cause to accept and enter the Stipulation.

//
//
//
//
//
//
//

ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW
PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND ~ 1

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography, ECF No. 25, is **GRANTED**.

2. The Court accepts and enters the Stipulation, ECF No. 25, entered into between the parties in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 18th of December, 2017.



Stanley A. Bastian
United States District Judge